(Reap. Dec. 8717)

MANHATTAN NOVELTY CORP. (INTERMARITIME FWDG. CO., INC.) v. UNITED STATES

Entry No. 740518, etc.

(Decided December 19, 1956)

Tompkins & Tompkins for the plaintiffs.
George Cochran Doub, Assistant Attorney General, for the defendant.

WILSON, Judge:   The appeals for reappraisement listed in schedule "A," hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the Plaintiff and the Assistant Attorney General for the United States, Defendant, that the reappraisement appeals listed in the attached Schedule A, which Schedule A is made a part of this stipulation, are limited to the binoculars and leather cases and straps specified in the said attached Schedule A.

That at the time of exportation binoculars and leather cases and straps such as or similar to those identified in the attached Schedule A, were being freely offered for sale to all purchasers in the principal markets of the country from which exported, in the usual wholesale quantities and in the ordinary course of trade, for exportation to the United States at the per piece prices specified in the attached Schedule A net packed, which prices were higher than the foreign values as defined in Section 402 (c), Tariff Act of 1930.

The reappraisement appeals listed in the attached Schedule A are submitted for decision upon this stipulation.

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the binoculars, leather cases, and straps specified in said schedule "A," and that such values were the per piece prices specified in said schedule "A," net, packed.

Insofar as the appeals relate to all other merchandise they are hereby dismissed.

Judgment will be entered accordingly.

SCHEDULE "A"

| Reappraisement appeal | Entry No. | Date of entry | Item | U. S. dollars price per piece |
|---|---|---|---|---|
| 187520-A–10764__ | 740518 | 11/2/49 | 100 leather cases_____ | 0. 65 |
| | | | 100 binoculars_____ | 9. 35 |
| 188141-A–11427__ | 55904 | 11/14/49 | 1,000 leather cases_____ | 3. 00 |
| | | | 250 binoculars center focus__ | 18. 16 |
| | | | 750 binoculars individual focus_ | 16. 32 |
| 189938-A–1109___ | 58729 | 12/15/49 | 300 leather cases_____ | 3. 00 |
| | | | 300 binoculars_____ | 12. 50 |
| 191082-A–2154___ | 60377 | 1/9/50 | 840 leather cases_____ | 3. 00 |
| | | | 840 binoculars_____ | 12. 50 |
| 196005-A–6369___ | 73272 | 6/7/50 | 300 leather cases_____ | 0. 65 |
| | | | 300 binoculars_____ | 9. 05 |
| 199077-A–8757___ | 4130 | 8/17/50 | 500 leather cases_____ | 0. 65 |
| | | | 500 binoculars_____ | 9. 35 |
| 200685-A–10046__ | 5985 | 9/11/50 | 150 leather cases_____ | 2. 00 |
| | | | 150 binoculars_____ | 6. 50 |
| 217499-A–10633__ | 36248 | 5/17/51 | 500 leather cases_____ | 3. 00 |
| | | | 500 binoculars_____ | 14. 00 |
| 217500-A–10634__ | 38193 | 5/31/51 | 500 leather cases_____ | 3. 00 |
| | | | 500 binoculars_____ | 14. 00 |
| 217501-A–10635__ | 41459 | 6/25/51 | 200 leather cases_____ | 1. 91 |
| | | | 100 7 x 40 MM binoculars____ | 20. 60 |
| | | | 100 8 x 40 MM binoculars___ | 21. 51 |
| 174378-A–812____ | 742339 | 10/27/48 | 200 leather cases_____ | 0. 50 |
| | | | 200 binoculars_____ | 2. 90 |
| 185069-A–8852___ | 719943 | 9/8/49 | 100 leather cases and straps__ | 0. 65 |
| | | | 100 binoculars_____ | 9. 35 |
| 185577-A–9385___ | 43031 | 4/27/49 | 200 leather cases_____ | 3. 00 |
| | | | 200 binoculars_____ | 22. 00 |
| 186031-A–9583___ | 52906 | 9/29/49 | 200 leather cases_____ | 3. 26 |
| | | | 300 leather cases_____ | 3. 15 |
| | | | 200 binoculars 10 x 5 OMM__ | 17. 74 |
| | | | 300 binoculars 7 x 5 OMM___ | 13. 85 |
| 186313-A–9733___ | 719946 | 9/8/49 | 50 leather cases_____ | 0. 45 |
| | | | 50 binoculars_____ | 5. 05 |
| 186314-A–9779___ | 733046 | 10/14/49 | 100 leather cases and straps__ | 0. 50 |
| | | | 100 binoculars_____ | 5. 00 |
| 187818-A–11178__ | 54643 | 10/27/49 | 400 leather cases_____ | 2. 40 |
| | | | 400 binoculars_____ | 9. 35 |
| 188833-A–126____ | 746430 | 11/17/49 | 150 leather cases and straps__ | 0. 50 |
| | | | 150 binoculars_____ | 5. 00 |
| 193001-A–3702___ | 65501 | 3/15/50 | 250 leather cases and straps__ | 0. 65 |
| | | | 250 binoculars_____ | 9. 05 |